PROB 12A
(REVISED 5/2011)

# United States District Court
для
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>John Edward Armstrong</u>          Case Number: <u>3:08-00056-01</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>August 25, 2008</u>

Original Offense: <u>Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924.</u>

Original Sentence: <u>77 months' custody followed by 3 years' Supervised Release</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>April 6, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>          Defense Attorney: <u>Jack Edward Seaman</u>

---

**THE COURT ORDERS:**

☑ No Action *no recommended* [signature]
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>31st</u> day of
<u>January</u>, 2014, and made a part of the records
in the above case.

[signature]
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

[signature]
Lisa A. Capps
Sr. U.S. Probation Officer

Place:   Columbia, Tennessee

Date:    January 31, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall refrain from any unlawful use of a controlled substance:**

On January 21, 2014, in Davidson County, Tennessee, Mr. Armstrong was stopped by the Metropolitan Police Department, and was cited for driving on a revoked license (Citation Number SCE132562). According to the citation, Mr. Armstrong was stopped for running a stop sign. Upon investigation, it was learned that Mr. Armstrong's license was revoked. Mr. Armstrong had no failures to appear, failures to be booked, or warrants, and therefore, qualified for a state citation. He has a booking date of February 14, 2014.

On January 22, 2014, Mr. Armstrong contacted this officer and advised he had been cited the previous day for driving on a revoked license and provided a copy of the citation. Mr. Armstrong was reminded of the conditions of his release that prohibit him from committing any federal, state, or local crimes.

### Compliance with Supervision Conditions and Prior Interventions:

John Edward Armstrong is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since September 24, 2013. He is employed with Southern Steak & Oyster, Nashville, Tennessee. He lives with his daughter and grandchildren in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

### U.S. Probation Officer Recommendation:

The probation officer respectfully recommends the offender be continued on supervised release and that the new violation be handled in Davidson County General Sessions Court. The state court will likely impose an appropriate sentence should Mr. Armstrong be adjudicated guilty of the charges.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer