PROB 12A
(REVISED 5/2011)

# United States District Court
# for
# Middle District of Tennessee
# Report on Offender Under Supervision

Name of Offender: <u>John Edward Armstrong</u>     Case Number:   <u>3:08-00056-01</u>

Name of Sentencing Judicial Officer:<u> The Honorable William J. Haynes, Jr., Senior U.S. District Judge</u>

Date of Original Sentences: <u>August 25, 2008</u>

Original Offense(s): <u>Count One - 18 U.S.C. §§ 922(g)(1) and 924 - Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>77 months' custody, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commmenced: <u>April 6, 2012</u>

                                                  Date Supervision Recommenced: <u>September 24, 2013</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>     Defense Attorney: <u>To be determined</u>

**THE COURT ORDERS:**

■ No Action                            ☐ Submit a Petition for Warrant
☐ Submit a Petition for Summons        ☐ Other

                                       I declare under penalty of perjury that
                                       the foregoing is true and correct.
                                       Respectfully submitted,

Considered this ___ day of
_____ 2016, and made a part of the records in
the above case.

                                       Dariel Blackledge-White
                                       Sr. U.S. Probation Officer

_____        Place:   Nashville, Tennessee
Honorable William J. Haynes, Jr.
Senior U. S. District Judge            Date:    January 21, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

**1.**            **The defendant shall not commit another federal, state, or local crime:**

On December 23, 2015, Mr. Armstrong was involved in a single-vehicle accident without injuries. The offender said that as he drove through the parking lot of the 40th Avenue Market, Nashville, Tennessee, someone fired several shots in the vicinity. Mr. Armstrong said he did not believe he was the intended victim of the gunfire, which caused him to swerve his vehicle. He hit a mailbox located at 3956 Clifton Street, Nashville, Tennessee.

Metropolitan Nashville Police Department (MNPD) officers arrived on the scene, and investigation revealed the defendant's driver's license was revoked. Also, an open beer can was discovered in his vehicle. It is noted the MNPD officer indicated Mr. Armstrong did not display any indicators of alcohol or substance abuse impairment.

The offender was charged with Driving on a Revoked Driver's License, 2nd Offense (Case No. SCE206038) and Open Container Violation (Case No. SCE206042). He had no failures to appear, failures to be booked, or warrants, and therefore, qualified for state citations. He was instructed to report to the Davidson County Sheriff's Office, Nashville, Tennessee, on January 19, 2016, for booking.

On December 28, 2015, the defendant reported to the U.S. Probation and Pretrial Services Office for a drug screen. He reported this law enforcement contact to a U.S. Probation Officer.

On January 19, 2016, the defendant appeared in the General Sessions Court of Davidson County, Tennessee. He pled guilty to Open Container Violation and was assessed a $50 fine. Additionally, the defendant was ordered to complete an eight-hour driving course and a review hearing for the driving infraction has been set for March 15, 2016, at 8:30 a..m.

**2.**            **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

As noted previously, the defendant had law enforcement contact on December 23, 2015. However, he failed to report this incident to the U.S. Probation Officer within 72 hours as ordered by the Court.


**Compliance with Supervision Conditions and Prior Interventions:**

John Edward Armstrong is a resident of Davidson County, Tennessee, and he has been under the federal supervision of the U.S. Probation Office since September 24, 2013. He is currently employed at The Southern Steak & Oyster restaurant, Nashville, Tennessee. The offender shares a residence with his wife in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence. Mr. Armstrong participates in the code-a-phone program for substance abuse testing and attends substance abuse treatment.

On January 31, 2014, a 12A petition was filed notifying the Court of the offender's arrest for Driving on a Revoked Driver's License. No action was recommended and said petition was signed by Your Honor on January 31, 2014.

As it relates to the aforementioned alleged violations, on January 25, 2016, a written reprimand was sent to the defendant.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Armstrong continue on supervised release. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer